COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of A.R., a Child

Appellate case number:      01-21-00263-CV

Trial court case number:    2020-27937

Trial court:                313th District Court of Harris County

       This is an appeal from the trial court's final decree of termination in a suit brought by the Department of Family and Protective Services to terminate the parent-child relationship. Appellant, J.C., is the father of the child at issue in the suit. Appellant's court-appointed counsel has moved to withdraw and filed an *Anders* brief, concluding that the appeal is without merit and there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738, 744 (1967).

       Although counsel's *Anders* brief remains pending, we **deny** counsel's motion to withdraw because this is a parental termination case. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (holding that *Anders* brief in parental termination case is not alone "good cause" sufficient to justify counsel's withdrawal); *In re A.M.*, 495 S.W.3d 573, 582-83 (Tex. App.—Houston [1st Dist.] 2016, pet. denied). Counsel's duties to his client extends through the exhaustion or waiver of "all appeals." *In re A.M.*, 495 S.W.3d at 583 (citing TEX. FAM. CODE § 107.016). If appellant chooses to pursue a petition for review to the Supreme Court of Texas, his "appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief." *In re P.M.*, 520 S.W.3d at 27–28.

       It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                             Acting individually

Date: _____July 20, 2021_____